**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Salvatore Juliano Sowell,

        Plaintiff,                        Case No. 2:25-cv-1467
                                           District Judge James L. Graham
    v.                               Magistrate Judge Chelsey M. Vascura

Huntington Bank,

        Defendant.

Order

This matter is before the Court on the Magistrate Judge's January 30, 2026 Report and Recommendation. The Magistrate Judge recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied because plaintiff is a "three-striker" who has not shown that he was under imminent danger of serious physical injury when he filed his complaint. *See* 28 U.S.C. § 1915(g).

Plaintiff has not objected to the Report and Recommendation, but he has attempted to file an amended complaint, has sought leave again to proceed *in forma pauperis*, and has filed motions for summary judgment and for "state sovereign immunities waiver." Nothing in plaintiff's filings demonstrates that he is under imminent danger of serious physical injury. Rather, it appears that his suit is concerned with allegedly fraudulent monetary transfers.

Accordingly, the Report and Recommendation (Doc. 8) is hereby ADOPTED. Plaintiff's motions for leave to proceed *in forma pauperis* (Docs. 7, 10) are DENIED. Plaintiff is ORDERED to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence this action WITHIN THIRTY DAYS of the date of this Order. The Court advises plaintiff that a failure to timely pay the full $405 fee within thirty days will result in the dismissal of this action. Plaintiff's motions for summary judgment and for state sovereign immunities waiver (Docs. 2, 11, 12) are premature and are DENIED.

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

                                       *s/ James L. Graham*
                                       JAMES L. GRAHAM
DATE: March 16, 2026                   United States District Judge